### RAWSON agt BRIGGS

William Rawson of Boston plaint. ag<sup>t</sup> Abraham Briggs Defend<sup>t</sup> in an action of the case for that hee saide Briggs did trade with

William Hukeley who was Servant to s<sup>d</sup> Rawson and they two differ-
ing hee the s<sup>d</sup> Briggs cast him into prison and there detaining his s<sup>d</sup>
Servant for above five weekes space although hee was told hee was
a Servant, which tends to the great damage of the plaintife with
other due damages according to attachm<sup>t</sup> dated in Boston July. 20th
1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court
allowed by the Court Seven Shillings The plaint. appealed from this
Judgement unto the next Court of Assistants & himselfe principall
in ten pounds and John Woodmansey & John Cox Sureties in £.5.
apeice acknowledged themselves respectiuely bound . . . on condi-
tion the s<sup>d</sup> William Rawson should prosecute his appeale . . .

[For the preliminaries of this case, see Hukeley to Rawson at the
January session (p. 677 above), and Briggs v. Hukeley at this same
session. In S. F. 1469.10 is a deposition by Thomas Broughton, dated
July 27, 1676, to the effect that he paid Hukeley 13*l* for his services from
4 July, 1671, to 1 March, 1672.

In the following Reasons of Appeal (S. F. 1469.7) there are several
references to the printed Laws and Liberties (1672 ed.); there is also one
of the few instances that we have observed in this volume of a reference
to a previous judicial decision by a Massachusetts court; see above, p. 365.

William Rawsons Reasons of Appeall from y<sup>e</sup> Judgment of the last County
Court held in Boston July. 25. 1676. in y<sup>e</sup> action between himself as Plaintiff
and Abraham Briggs Defendent.

1st The appellant humbly conceives he is wronged by the Defendent takeing
away his right under Colour of law contrary to y<sup>t</sup> [Clause] of the law, page 1st
which saith no mans goods or estate shall be taken away under Colour of law, the
Appellant haveing already proved in y<sup>e</sup> former Court that William Hukely was
his servant by an execution legally extended upon his person by vertue of a Judg-
ment acknowledged by y<sup>e</sup> sd Hukely for forty pounds in mony, and thereupon
he y<sup>e</sup> sd Hukely voluntarily & freely surrendred himself to serve out y<sup>e</sup> Debt w<sup>th</sup>
y<sup>e</sup> Appellant, which being Done y<sup>e</sup> Appellant humbly conceives that y<sup>e</sup> sd Abraham
Briggs by no law established amongst us could imprison & detaine his servants
from him w<sup>th</sup>out satisfaction, nor could y<sup>e</sup> Jury give such a verdict before his
execution were satisfyed to take him out of his hands being contrary to law &
practise amongst us, as in Maj<sup>r</sup> Savage's Case and although Spencer's Credit<sup>rs</sup>
sued & sued, but never recovered judgment against him so as to disturb y<sup>e</sup> said
Maj<sup>r</sup> Savages right of Possession. Therefore I appealled

2 Because this verdict of y<sup>e</sup> Jury deprives y<sup>e</sup> Appellant of y<sup>e</sup> benefit of y<sup>e</sup> law
Page 194. title Masters, Servants &c. and instead thereof and contrary thereto
gives his servant liberty to trade for himself & others no way takeing notice of
the penalty mentioned in y<sup>t</sup> law.

3. Because y<sup>e</sup> Jury by their verdict have Contrary to those two laws title Arrests
Page. 6th sect. 1st & that of Direction to Marshalls & other officers about executions

Page 20th of y<sup>e</sup> new laws.[1] the first Declareing that the Debt<sup>r</sup> shall satisfy his Debt by service if y<sup>e</sup> Credit<sup>r</sup> require it who may sell him if he please; and if so then J humbly conceive legally my estate, and how y<sup>e</sup> Jury overshot themselves in giveing such verdict by vertue whereof y<sup>e</sup> Appellant is deprived of his servant for five weekes before y<sup>e</sup> Court, and hath been ever since y<sup>t</sup> Court, and that before his Debt is Satisfyed by service as y<sup>t</sup> law directs J cannot understand

and secondly that law title Direction to Marshalls & other officers which sayth in so many words that lands & houses taken on execution, and delivered to y<sup>e</sup> person, or persons and duely recorded (and so was that Hukely by the Officer, and himself given to the Appellant to serve out his debt which hee hath not half Done) shall bee a legall assurance, the same reason holds good in one as well as another, and y<sup>e</sup> law declares it to bee goods as to persons as estates and so was this in all respects done. And yet to be deprived, and instead of enjoying his own be found against him and pay costs he accounts to hard, and therefore he appealed not doubting of the Justice of y<sup>e</sup> Court, and his just relief and reversion of the former Judgment he leaves himself & cause to y<sup>e</sup> Righteous Judgment of this Court

William Rawson

These Reasons were received August. 31° 1676.

per Js<sup>a</sup> Addington Cler ]

---

[1] Supplementary law of 1675, p. 220 of the 1887 reprint.